# Order

Michigan Supreme Court
Lansing, Michigan

January 10, 2014

148093

_____

LAVELLE W. SEARCY,

      Plaintiff-Appellant,

v

PAROLE BOARD,

      Defendant-Appellee.

_____

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148093
COA: 315174

On order of the Chief Justice, plaintiff's motion for reconsideration of the order of November 25, 2013 is denied because it does not appear that the order was entered erroneously. Within 21 days of the certification of this order, plaintiff shall pay the initial partial filing fee of $4.00 as ordered. Failure to comply with this order shall result in administrative dismissal of plaintiff's appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 10, 2014 _____



                         Clerk